UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYBRID AUDIO, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>ASUS COMPUTER INTERNATIONAL INC, et al.,<br><br>              Defendants. | Case No.  3:17-cv-05947-JD<br><br>**ORDER RE JOINT MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 121 |

At the Court's direction, *see* Dkt. No. 118, the parties and non-party RPX Corporation filed a joint motion to seal exhibits and briefing related to summary judgment, *see* Dkt. No. 121. The joint motion is a resubmission of previous motions to seal, *see* Dkt. Nos. 104, 109, and 114, that were overbroad and did not conform to the filing and formatting requirements of Civil Local Rule 79-5(d)(1) and the Court's standing order.  Dkt. No. 118.

The Court concludes that the parties have met their burden for "articulat[ing] compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosures."  *See In re Google Play Store Antitrust Litig.*, --- F. Supp. 3d ---, 2021 WL 4190165, at *1 (N.D. Cal. Aug. 25, 2021) (quoting *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006)).  For each document the parties seek to seal, they have identified facts showing that the portions sought to be redacted and sealed are related to the personal information of individuals and information concerning the scope of licensing and other rights, the disclosure of which would cause the parties competitive harm in negotiations. Consequently, the motion is granted.

**IT IS SO ORDERED.**

Dated:  November 19, 2021

JAMES DONATO
United States District Judge